# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:20-cv-00310-JES-MRM

LOUIS MATTHEW CLEMENTS,

    Plaintiff,

v.

APAX PARTNERS, LLP; ANDREW
SILLITOE in his official capacity as
CO-CEO of APAX PARTNERS LLP;
MITCH TRUWIT in his official capacity
as CO-CEO of APAX PARTNERS LLP,

    Defendants.
    _____/

## DECLARATION OF SIMON CRESSWELL

I, SIMON CRESSWELL, declare under penalty of perjury as follows:

1. My name is Simon Cresswell, and I am a partner in Apax Partners LLP and its general counsel. I reside in England and have the authority to execute this declaration on behalf of Apax Partners LLP.

2. Apax Partners LLP is a private equity advisory firm based in London, England, United Kingdom.

3. On April 28, 2020, Plaintiff filed the above-styled matter in Florida against Apax Partners LLP, Attenti US, Inc., 3M Company, Mike Roman in his capacity as CEO of 3M Company, and Day Pitney LLP as attorneys for defendants.

4. On April 7, 2021, Plaintiff filed the Fifth Amended Complaint in this matter against Apax Partners LLP and Andrew Sillitoe and Mitch Truwit in their official capacities as Co-CEOs of Apax Partners LLP.

5. In paragraph 45 of the Fifth Amended Complaint filed in the above-styled matter, Plaintiff alleges that on October 10, 2017, 3M Company "sold or 'dumped'" a

company called 3M Electronic Monitoring Company "to Apax Partners LLP and then renamed it to Attent[i] [US, Inc.]."

6. The facts stated in paragraph 45 of the Fifth Amended Complaint are not correct. Apax Partners LLP did not purchase 3M Electronic Monitoring Company from 3M and has never owned 3M Electronic Monitoring Company in that name or in its current name Attenti US, Inc.

7. Apax Partners LLP has never developed, manufactured, sold or monitored electronic monitoring equipment.

8. Apax Partners LLP has never been in the business of providing electronic monitoring services.

9. Apax Partners LLP has never provided electronic monitoring equipment or services, or entered into a contract or agreement to provide electronic monitoring equipment or services, to the State of Florida, the Florida Department of Corrections, or any other person or entity.

10. Apax Partners LLP has never provided testimony, documents, or other evidence in connection with a violation of probation hearing.

11. Apax Partners LLP has no connection or ties to Florida.

12. Apax Partners LLP does not personally or through any agent operate, conduct, engage in or carry on a business or business venture in Florida. Apax Partners LLP is not authorized to do business in the state of Florida and does not own Attenti US, Inc.

13. Apax Partners LLP does not have an office or any agents in the state of Florida.

14. Apax Partners LLP has not committed any tortious acts in the state of Florida.

15. Apax Partners LLP does not own, use, possess or hold a mortgage or other lien on any real property in the state of Florida.

16. Apax Partners LLP does not contract to insure any person, property or risk located within the state of Florida at the time of contracting.

17. Apax Partners LLP has not engaged in solicitation or service activities in the state of Florida that resulted in any injury to Plaintiff.

18. Apax Partners LLP has not processed, serviced or manufactured any products, materials or things that were consumed or used within the state of Florida in the ordinary course of commerce, trade or use.

19. Apax Partners LLP did not breach any contract in the state of Florida by failing to perform any acts required by the contract to be performed in the state of Florida.

20. Apax Partners LLP is not engaged in substantial and not isolated activity within the state of Florida.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: April 20, 2021.

_____
SIMON CRESSWELL

108354617.2